No. 96–8491.  GANGI *v.* BAYBANK, FSB, ET AL.  Sup. Ct. N. H. Certiorari denied.

No. 96–8500.  THORNTON *v.* ALABAMA.  Sup. Ct. Ala.  Certiorari denied.

No. 96–8502.  ALLEN *v.* WESTWINDS APARTMENTS.  Ct. App. S. C.  Certiorari denied.

No. 96–8503.  CARR *v.* RANEY, WARDEN, ET AL.  C. A. 6th Cir. Certiorari denied.

No. 96–8532.  JENKINS ET AL. *v.* OAKLEY ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 96–8538.  NOE *v.* ANDERSON, SUPERINTENDENT, MISSISSIPPI STATE PENITENTIARY.  C. A. 5th Cir.  Certiorari denied.

No. 96–8557.  HERMAN *v.* RATELLE, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 96–8582.  FELDER *v.* ALABAMA.  Ct. Crim. App. Ala. Certiorari denied.

No. 96–8595.  MCDONALD *v.* FLORIDA.  Sup. Ct. Fla.  Certiorari denied.

No. 96–8629.  MAGHE *v.* KOCH ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 96–8636.  LOWE *v.* POGUE.  Sup. Ct. Okla.  Certiorari denied.

No. 96–8644.  TIDIK *v.* RITSEMA ET AL.  C. A. 6th Cir.  Certiorari denied.

No. 96–8648.  TURNPAUGH *v.* LeCUREUX, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 96–8650.  WILLIAMS *v.* NEVADA.  Sup. Ct. Nev.  Certiorari denied.

No. 96–8664.  HADLEY *v.* ILLINOIS.  App. Ct. Ill., 5th Dist. Certiorari denied.